Stephen R. Hackett, Esq.
Nevada Bar No.: 5010
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, NV 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email: shackett@sklar-law.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAYNA PEARSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ROCK GATE CAPITAL, LLC dba 160 DRIVING ACADEMY, an Illinois Limited Liability Company; and DOES 1-50, inclusive; and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-133-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT AND FOR REFERRAL FOR AN EARLY NEUTRAL EVALUATION PURSUANT TO LR 16-5 AND LR 16-6**<br><br>**(FIRST REQUEST)** |

IT IS HERBY STIPULATED AND AGREED, by and between Plaintiff Shayna Pearson ("Plaintiff"), through her counsel of record Michael Arata, Esq. and HKM Employment Attorneys LLP, and Defendant Rock Gate Capital, LLC dba 160 Driving Academy ("Defendant"), through its counsel of record, Stephen R. Hackett, Esq. and Sklar Williams PLLC, as follows:

1. On January 18, 2024, Plaintiff filed her Complaint and Jury Demand alleging violations of the Family Medical Leave Act ("FMLA"), 29 U.S.C. § 2601, et seq., among other claims. ECF 1.

2. On or about January 24, 2024, Plaintiff attempted to serve the Summons and Complaint on Defendant Rock Gate Capital, LLC dba 160 Driving Academy. ECF 4-1. Plaintiff and Defendant shall collectively be referred to herein as "the Parties."

1

3. Thereafter, the Parties expressed a mutual desire to engage in good faith settlement discussions through an Early Neutral Evaluation pursuant to LR 16-5 and LR 16-6.

4. In addition, while Defendant initially had retained counsel at Haynes and Boone in Houston, Texas, that individual had to go on maternity leave earlier than expected, necessitating additional time for Defendant to retain new counsel to respond to the Complaint, which Plaintiff has agreed to accommodate.

5. Thereafter, Defendant retained new counsel at Haynes and Boone in Houston, Texas, which counsel intends to file a Petition for Admission Pro Hac Vice in this matter.

6. Accordingly, pursuant to LR IA 6-1(a), the Parties wish to extend the deadline for Defendant to respond to the Complaint by approximately 30 days in order to allow Defendant's new counsel at Haynes and Boone to adequately investigate the facts, prepare a responsive pleading and file a Petition for Admission Pro Hac Vice.

7. For these reasons, the Parties stipulate and agree that Defendants shall have up to and including March 15, 2024, within which to file its response to Plaintiff's Complaint.

8. No discovery deadlines or dates for trial have been set.

9. The Parties also request this case be referred to a different Magistrate Judge for an Early Neutral Evaluation pursuant to LR 16-5 and LR 16-6.

10. This Court may set any appropriate civil case for settlement conference or alternative method of dispute resolution. See LR 16-5.

11. The Parties agree that this matter is appropriate for referral for an Early Neutral Evaluation in light of the Parties' agreement to participate in efforts to reach a global resolution of this matter before additional costs and fees are incurred in this litigation, including, without limitation, due to potential motion practice and discovery efforts by both Plaintiff and Defendant.

12. This is the Parties' first request to extend Defendant's response deadline and for referral for an Early Neutral Evaluation pursuant to LR 16-5 and LR 16-6.

13. This stipulation is brought in good faith by the Parties and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 15th day of February, 2024.

HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Michael Arata*
   MICHAEL ARATA, ESQ.
   Nevada Bar No. 11902
   101 Convention Center Dr., Suite 600
   Las Vegas, NV 89109
   marata@hkm.com
   *Attorneys for Plaintiff*

DATED this 15th day of February, 2024.

SKLAR WILLIAMS PLLC

By: */s/ Stephen R. Hackett*
   STEPHEN R. HACKETT, ESQ.
   Nevada Bar No. 5010
   410 S. Rampart Blvd., Suite 350
   Las Vegas, NV 89145
   shackett@sklar-law.com
   *Attorneys for Defendants*

**IT IS SO ORDERED the Clerk of Court is directed to assign this case to the Early Neutral Evaluation Program.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2-16-24