Stephen R. Hackett
Nevada State Bar No. 5010
Sklar Williams PLLC
410 South Rampart Boulevard
Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
shackett@sklar-law.com

Matthew T. Deffebach
Texas State Bar No. 24012516
Dominique Baldwin
Texas State Bar No. 24126504
Haynes Boone, LLP
1221 McKinney St, Suite 4000
Houston, TX 77010
Telephone: (713) 547-2064
Matthew.deffebach@haynesboone.com
Dominique.baldwin@haynesboone.com
(admitted *pro hac vice*)

*Attorneys for Defendant Rock Gate Capital, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAYNA PEARSON, an individual<br><br>Plaintiff<br><br>vs.<br><br>ROCK GATE CAPITAL, LLC dba 160 DRIVING ACADEMY, and DOES 1-50, Inclusive; AND ROE CORPORATIONS 1-50, Inclusive<br><br>Defendant | Case No.: 2:24-cv-00133-CDS-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Shayna Pearson ("***Plaintiff***") and Defendant Rock Gate Capital, LLC d/b/a 160 Driving Academy ("***Defendant***") hereby agree and stipulate to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure. This dismissal is made with prejudice, and each party bearing its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 4th day of September, 2024.                    DATED this 4th day of September, 2024.

1

| | |
|---|---|
| HKM EMPLOYMENT ATTORNEYS LLP | SKLAR WILLIAMS PLLC |
| By: */s/ Michael Arata* <br> MICHAEL ARATA, ESQ. <br> Nevada Bar No. 11902 <br> 101 Convention Center Dr., Suite 600 <br> Las Vegas, NV 89109 <br> marata@hkm.com <br> *Attorneys for Plaintiff* | By: */s/ Stephen R. Hackett* <br> STEPHEN R. HACKETT, ESQ. <br> Nevada Bar No. 5010 <br> 410 S. Rampart Blvd., Suite 350 <br> Las Vegas, NV 89145 <br> shackett@sklar-law.com <br><br> Matthew T. Deffebach (*pro hac vice*) <br> Texas State Bar No. 24012516 <br> Matthew.deffebach@haynesboone.com <br> Dominique Baldwin (*pro hac vice*) <br> Texas State Bar No. 24126504 <br> Dominique.baldwin@haynesboone.com <br><br> HAYNES BOONE, LLP <br> 1221 McKinney Street <br> Houston, Texas 77010 <br> Telephone: 713-547-2064 <br> Fax: 713-547-5631 <br><br> *Attorneys for Defendant Rock Gate Capital, LLC* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 9, 2024